IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CINSAY, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:13-cv-3628-K |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| **JOYUS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Cinsay, Inc. and Joyus, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), move for an order dismissing all claims and counterclaims by and between them in this action without prejudice, subject to the terms of the parties' Settlement Agreement, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 3, 2015                                      Respectfully submitted,

By: */s/ Olga A. Bograd*                                  */s/ James C. Yoon*
    Jamil N. Alibhai                                  Jeffrey F. Wood
    Texas State Bar No. 00793248                       Texas State Bar No. 24025725
    jalibhai@munckwilson.com                           jeff.wood@jcmfirm.com
    Jason Blackstone                                   **JONES CARR MCGOLDRICK, LLP**
    Texas State Bar No. 24036227                       5910 North Central Expwy, Suite 1700
    jblackstone@munckwilson.com                        Dallas, Texas 75206
    Jacob L. LaCombe                                   Telephone: 214.828.9200
    Texas State Bar No. 24070098                       Telecopier: 214.828.9229
    jlacombe@munckwilson.com
    Olga A. Bograd                                     James C. Yoon (*pro hac vice*)
    Texas State Bar No. 24075613                       jyoon@wsgr.com
    obograd@munckwilson.com                            **WILSON SONSINI GOODRICH &**
    **MUNCK WILSON MANDALA, LLP**                         **ROSATI PC**
    12770 Coit Road, Suite 600                         650 Page Mill Road
    Dallas, Texas 75251                                Palo Alto, California 94304
    Telephone:  972.628.3600                           Telephone: 650.493.9300
    Telecopier: 972.628.3616                           Telecopier: 650.493.6811

    **COUNSEL FOR PLAINTIFF**                          Jennifer J. Schmidt (*pro hac vice*)
    **CINSAY, INC.**                                   jschmidt@wsgr.com
                                                       **WILSON SONSINI GOODRICH &**
                                                          **ROSATI PC**
                                                       One Market Plaza
                                                       Spear Tower, Suite 3300
                                                       San Francisco, California  94105
                                                       Telephone:  (415) 947-2000
                                                       Facsimile:   (415) 947-2099

                                                       **COUNSEL FOR DEFENDANT**
                                                       **JOYUS, INC.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on April 3, 2015.

                                                       */s/ Olga A. Bograd*
                                                       Olga A. Bograd

653901